GEORGE W. POWELL et al., on Behalf of Themselves and All Other Residents of Manhattan Beach Homes Similarly Situated, Respondents, v. HERMAN T. STICHMAN, as New York State Commissioner of Housing, et al., Appellants, et al., Defendants.— Action for a declaratory judgment. Order granting respondents' motion for an injunction *pendente lite* and denying appellants'

cross motions to dismiss the complaint affirmed, with $10 costs and disbursements, with leave to answer within ten days from the entry of the order hereon. No opinion. Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur. [See *post*, p. 846.]